# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARDSON CONSTRUCTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AXIS SURPLUS INSURANCE CO., ) <br> ) <br> Defendant. ) | 2:10-cv-00817-LRH-LRL <br><br> **O R D E R** |

Before the court is plaintiff's Application for Extension of Discovery Schedule (#28). The court has considered the Application, defendant's Response (#30), and plaintiff's Reply (#31). For good cause shown,

IT IS ORDERED that the Application (#28) is granted. The following deadlines shall be in effect:

| | |
|---|---|
| Expert disclosures | April 11, 2011 |
| Rebuttal expert disclosures | May 11, 2011 |
| Close of discovery | June 13, 2011 |
| Dispositive motions | July 11, 2011 |
| Joint Pretrial Order | August 12, 2011 |

DATED this 14th day of March, 2011.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**