UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARDSON CONSTRUCTION, INC. a Nevada Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>AXIS SURPLUS INSURANCE COMPANY; BARBARA I, INC. dba INSURANCE SOLUTIONS GROUP, INC.; and DOE INDIVIDUALS I through 10, inclusive; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-cv-00817-LRH-LRL |

## STIPULATION AND ORDER TO REMAND ACTION AND VACATE ORDERS FOR LACK OF SUBJECT MATTER JURISDICTION

IT IS HEREBY STIPULATED by the undersigned parties that this Court lacks subject matter jurisdiction over this Action. Accordingly, the parties agree to remand this matter to State Court where it was originally filed in the Eighth Judicial District Court, Clark County, Nevada as case number A612537 and to vacate any and all orders previously set by this Court.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED this  26th  day of August, 2011. | DATED this  26th  day of August, 2011. |
| PARKER NELSON & ASSOCIATES, CHTD. | LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C. |
| By  /s/ Jonathan D. Ballard  <br>Theodore Parker III, Esq.<br>Nevada Bar No. 4716<br>Jonathan D. Ballard, Esq.<br>Nevada Bar No. 8957<br>2460 Professional Court, Suite 200<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff*<br>*Richardson Construction* | By /s/ Angela Nakamura Ochoa  <br>Joseph P. Garin, Esq.<br>Nevada Bar No. 6653<br>Angela Nakamura Ochoa, Esq.<br>Nevada Bar No. 10164<br>9080 West Post Road, Suite 100<br>Las Vegas, Nevada  89148<br>*Attorneys for Defendant Barbara I, Inc.*<br>*dba Insurance Solutions* |

DATED this  26th   day of August, 2011.

STEPHENSON & DICKINSON, P.C.

By /s/ Marsha L. Stephenson  
  Marsha L. Stephenson, Esq.
  Nevada Bar No. 6130
  2820 West Charleston Blvd., Ste. 19
  Las Vegas, NV 89102
  *Attorney for Defendant Axis Surplus*
  *Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED this 8th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE